NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CARLA DUGLIN,                        )
                                     )
        Appellant,                   )
                                     )
v.                                   )        Case No. 2D17-1109
                                     )
LAURENCE DUGLIN,                     )
                                     )
        Appellee.                    )
_____)

Opinion filed April 18, 2018.

Appeal from the Circuit Court for
Hillsborough County; Robert A. Bauman,
Judge.

David A. Maney of Maney Damsker Jones
& Kuhlman, P.A., Tampa, for Appellant.

Joy Ann Demas of Steven J. Glaros &
Associates, Tampa, for Appellee.

PER CURIAM.

        Affirmed.

SILBERMAN, MORRIS, and BLACK, JJ., Concur.